UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| PURCELL, JASON P ) | Case No. 05-61275-SQU | |
| PURCELL, PAULA J ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

**Order Awarding Attorneys' Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBYORDERED that the requests for compensation and expenses are allowed as follows;

1. COHEN & KROL
    *Attorney for Trustee*
    a. Compensation $2,030.00
    b. Expenses $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE