UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| PURCELL, JASON P ) | | Case No. 05-61275-CAD |
| PURCELL, PAULA J ) | | |
| Debtor(s). ) | | Hon. CAROL A DOYLE |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

    On: **April 17, 2008**         Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $25,244.40 |
    | Disbursements | $3,262.46 |
    | Net Cash Available for Distribution | $21,981.94 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $3,274.44 | $0.00 |
    | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $2,030.00 | $44.36 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None.

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

   Allowed priority claims are: None.

7. Claims of general unsecured creditors totaling $13,803.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 109.6600% plus 4.1400% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Citibank, N.A. | $5,366.32 | $5,884.91 |
| 000002 | Citibank, N.A. | $1,718.37 | $1,884.43 |
| 000003 | Citibank, N.A. | $6,719.17 | $7,368.50 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Lots in New Mexico | $3,000.00 |
| Cash | 75.00 |
| Bank Accounts | 700.00 |
| Household Goods | 750.00 |
| Pictures | 150.00 |
| Jewelry | 300.00 |
| Wearing Apparel | 100.00 |
| Cameras | 100.00 |
| Life Insurance | 16,968.00 |
| Retirement Accounts | 13,647.20 |
| Stock | 0.00 |
| Automobiles | 1,000.00 |
| Office Equipment | 400.00 |

Dated: **March 13, 2008**                                        For the Court,

                                                           By:   **KENNETH S. GARDNER**
                                                                 CLERK OF BANKRUPTCY COURT
                                                                 KENNETH S. GARDNER

Trustee:       Gina B. Krol
Address:      105 West Madison Street
                   Suite 1100
                   Chicago, IL  60602-0000
Phone No.:   (312) 368-0300

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1           Date Rcvd: Mar 13, 2008
Case: 05-61275                 Form ID: pdf002             Total Served: 18

The following entities were served by first class mail on Mar 15, 2008.
 db         +Jason P Purcell,   1334 W Elmdale Avenue,    Chicago, IL 60660-2526
 jdb        +Paula J Purcell,   1334 W Elmdale Avenue,    Chicago, IL 60660-2526
 aty        +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,
              750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL 60089-2071
 tr         +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10374926    +Bank of America,    PO Box 60073,   City of Industry, CA 91716-0073
10374927    +Capital One FSB,    PO Box 790217,   St. Louis, MO 63179-0217
10374928    +Chase Credit Card,    PO Box 15153,   Wilmington, DE 19886-5153
10374929    +Citi Business Card,    PO Box 6309,   The Lakes, NV 88901-6309
10374930    +Citi Diamond Card,    PO Box 688913,   Des Moines, IA 50368-8913
10374931    +Citi Platinum Card,    PO Box 688918,   Des Moines, IA 50368-8918
10737924     Citibank, N.A.,    Exception Payment Processing,    PO BOX 6305,   The Lakes, NV 88901-6305
10374932    +Dimitiou Country Kitchen Restaurant,    446 Central Avenue,    Highland Park, IL 60035-2651
10374923    +Genesis Personal Fitness, Inc.,    1057A Green Bay Road,    Highland Park, IL 60035
10374933    +National City Bank,    PO Box 856176,    Louisville, KY 40285-6176
10374934    +Platinum Plus for Business,    PO Box 15469,    Wilmington, DE 19886-5469
10374935     Providian Credit,    PO Box 9016,   Pleasanton, CA 94566-9016
10374936    +Wells Fargo Business Card,    Payment Remittance Center,    PO Box 54349,
              Los Angeles, CA 90054-0349
10374937    +Wells Fargo Business Line,    Payment Remittance Center,    PO Box 54349,
              Los Angeles, CA 90054-0349

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10374924*   +Genesis Personal Fitness, Inc.,   1057A Green Bay Road,    Highland Park, IL 60035
10374925*   +Genesis Personal Fitness, Inc.,   1057A Green Bay Road,    Highland Park, IL 60035
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**          **Signature:** _/s/ Joseph Speetjens_