## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                )
                                      )
JASON P. PURCELL                      )
PAULA J. PURCELL,                     )
                                      )    Case No. 05 B 61275
           Debtor(s).                 )

### ORDER COMBINED WITH NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that the Court will hold a status hearing in the above-captioned case on October 1, 2009, at 10:30 a.m. in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The case trustee, Gina B. Krol, or trustee's counsel is directed to appear at this hearing.

☑ The trustee shall report as to when a final account in this asset case may be expected.

☑ A representative of the United States Trustee's office is to appear in this matter.

ENTER:

_____
Judge

Dated: September 3, 2009