# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §        Case No. 05-61275 SQU
PURCELL, JASON P                                §
PURCELL, PAULA J                                §
　　　　　Debtor(s)                              §
                                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jason & Paula Purcell | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL SECURED CLAIMS** | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Association Dues | | | | | |
| Survey | | | | | |
| Title, escrow, recording, overnight | | | | | |
| Real Estate Tax Prorations | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| Commission on sale | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America<br>PO Box 60073<br>City of Industry, CA 91716 | | | | | |
| Capital One<br>PO Box 790217<br>St. Louis, MO 63179 | | | | | |
| Chase<br>PO Box 15153<br>Wilmington, DE 19886 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dimitiou Country Kitchen Restaurant<br>446 Central Avenue<br>Highland Park, IL 60035 | | | | | |
| National City Bank<br>PO Box 856176<br>Louisville, KY 40285 | | | | | |
| Platinum Plus Business Card<br>PO Box 15469<br>Wilmington, DE 19886 | | | | | |
| Providian Credit<br>PO Box 9016<br>Pleasanton, CA 94566 | | | | | |
| Wells Fargo Business Card<br>PO Box 54349<br>Los Angeles, CA 90054 | | | | | |
| Wells Fargo Business Line<br>PO Box 54349<br>Los Angeles, CA 90054 | | | | | |
| CITIBANK, N.A. | | | | | |
| CITIBANK, N.A. | | | | | |
| CITIBANK, N.A. | | | | | |
| CITIBANK, N.A. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITIBANK, N.A. | | | | | |
| CITIBANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-61275 | SQU  Judge: JOHN H. SQUIRES |
| Case Name: | PURCELL, JASON P | |
| | PURCELL, PAULA J | |
| For Period Ending: | 09/08/09 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 10/16/05 (f) |
| 341(a) Meeting Date: | 02/17/06 |
| Claims Bar Date: | 07/27/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wisconsin R/E | 17,000.00 | 24,900.00 | | 24,900.00 | FA |
| 2. New Mexico R/E  Trustee hs contacted broker in NM to try to sell real estate.  May have to abandon. | 3,000.00 | Unknown | | 0.00 | Unknown |
| 3. Cash | 75.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCONTS | 700.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 6. PICTURES | 150.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. CAMERA, SPORTS | 100.00 | 0.00 | | 0.00 | FA |
| 10. Automobile | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Office Equipment | 400.00 | 0.00 | | 0.00 | FA |
| 12. LAWNMOWER (u) | 600.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 357.08 | Unknown |

Gross Value of Remaining Assets

UST Form 101-7-TDR (4/1/2009) *(Page: 8)*

LFORM1

Ver: 14.31c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 05-61275 | SQU | Judge: JOHN H. SQUIRES |
|---|---|---|---|
| Case Name: | PURCELL, JASON P | | |
| | PURCELL, PAULA J | | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 10/16/05 (f) |
| 341(a) Meeting Date: | 02/17/06 |
| Claims Bar Date: | 07/27/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $24,175.00 | $24,900.00 | | $25,257.08 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Trustee to file final account


Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 12/31/08


_____  Date: _____

GINA B. KROL

LFORM1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-61275 -SQU |
| Case Name: | PURCELL, JASON P |
| | PURCELL, PAULA J |
| Taxpayer ID No: | *******5984 |
| For Period Ending: | 09/08/09 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3931  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   05/08/06 | | Re/Max First<br>P.O. Box 142<br>Minocqua, WI  54548<br>MARK & KAREN GEIER | Proceeds of sale<br><br>    Memo Amount:          24,900.00<br>Proceeds of sale<br>    Memo Amount:      (        550.00 )<br>Survey<br>    Memo Amount:      (        442.54 )<br>Title, escrow, recording, overnight<br>    Memo Amount:      (        102.89 )<br>Real Estate Tax Prorations<br>    Memo Amount:      (      1,992.00 )<br>Commission on sale<br>    Memo Amount:      (        137.50 )<br>Association Dues | <br><br>1110-000<br><br>2500-000<br><br>2500-000<br><br>2820-000<br><br>3510-000<br><br>2500-000 | 21,675.07 | | 21,675.07 |
| C   05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.43 | | 21,687.50 |
| C   06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.83 | | 21,705.33 |
| C   07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.43 | | 21,723.76 |
| C   08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.45 | | 21,742.21 |
| C   09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.86 | | 21,760.07 |
| C   10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.49 | | 21,778.56 |
| C   11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.90 | | 21,796.46 |
| C   12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.51 | | 21,814.97 |
| C   01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.53 | | 21,833.50 |

LFORM2T4

Ver: 14.31c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-61275  -SQU |
|---|---|
| Case Name: | PURCELL, JASON P |
|  | PURCELL, PAULA J |
| Taxpayer ID No: | *******5984 |
| For Period Ending: | 09/08/09 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3931  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): |  |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 02/15/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA  70130 | BOND BOND | 2300-000 | | 16.84 | 21,816.66 |
| C | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.74 | | 21,833.40 |
| C | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.54 | | 21,851.94 |
| C | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.97 | | 21,869.91 |
| C | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.57 | | 21,888.48 |
| C | 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.98 | | 21,906.46 |
| C | 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.62 | | 21,925.08 |
| C | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.62 | | 21,943.70 |
| C | 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 13.98 | | 21,957.68 |
| C | 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 13.99 | | 21,971.67 |
| C | 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.74 | | 21,983.41 |
| C | 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 10.51 | | 21,993.92 |
| C | 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 8.71 | | 22,002.63 |
| C | 02/11/08 | 000302 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA  70139 | | 2300-000 | | 20.69 | 21,981.94 |

LFORM2T4

Ver: 14.31c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-61275 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | PURCELL, JASON P | | Bank Name: | BANK OF AMERICA, N.A. |
| | PURCELL, PAULA J | | Account Number / CD #: | *******3931  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5984 | | | |
| For Period Ending: | 09/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 5.23 | | 21,987.17 |
| C | 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.20 | | 21,992.37 |
| C | 04/16/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.25 | | 21,994.62 |
| C t | 04/16/08 | | Transfer to Acct #*******4626 | Final Posting Transfer | 9999-000 | | 21,994.62 | 0.00 |

| | |
|---|---|
| * Reversed | |
| t Funds Transfer | |
| C Bank Cleared | |

| | |
|---|---|
| Memo Allocation Receipts: | 24,900.00 |
| Memo Allocation Disbursements: | 3,224.93 |
| Memo Allocation Net: | 21,675.07 |

| Account  *******3931 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 21,675.07 | 2 | Checks | 37.53 |
| 24 | Interest Postings | 357.08 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 21,994.62 |
| | Subtotal | $  22,032.15 | | | |
| | | | | Total | $  22,032.15 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $  22,032.15 | | | |

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 05-61275 -SQU | |
| Case Name: | PURCELL, JASON P | |
| | PURCELL, PAULA J | |
| Taxpayer ID No: | *******5984 | |
| For Period Ending: | 09/08/09 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | **Exhibit 9** |
| Account Number / CD #: | *******4626  BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t  04/16/08 | | Transfer from Acct #*******3931 | Transfer In From MMA Account | 9999-000 | 21,994.62 | | 21,994.62 |
| C   04/17/08 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,274.44 | 18,720.18 |
| C   04/17/08 | 003002 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL  60602 | | 3110-000 | | 676.67 | 18,043.51 |
| C   04/17/08 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL  60602 | Claim 000004, Payment 100.00000%<br>Attorney's Fees Per Court Order | 3210-000 | | 1,353.33 | 16,690.18 |
| C   04/17/08 | 003004 | Citibank, N.A.<br>Exception Payment Processing<br>PO BOX 6305<br>The Lakes, NV 88901-6305 | Claim 000001, Payment 109.66379%<br><br>Claim        5,366.32<br>Interest       518.59 | <br><br>7100-900<br>7990-000 | | 5,884.91 | 10,805.27<br><br>10,805.27<br>10,805.27 |
| C   04/17/08 | 003005 | Citibank, N.A.<br>Exception Payment Processing<br>PO BOX 6305<br>The Lakes, NV 88901-6305 | Claim 000002, Payment 109.66381%<br><br>Claim        1,718.37<br>Interest       166.06 | <br><br>7100-900<br>7990-000 | | 1,884.43 | 8,920.84<br><br>8,920.84<br>8,920.84 |
| C   04/17/08 | 003006 | Citibank, N.A.<br>Exception Payment Processing<br>PO BOX 6305<br>The Lakes, NV 88901-6305 | Claim 000003, Payment 109.66384%<br><br>Claim        6,719.17 | <br><br>7100-900 | | 7,368.50 | 1,552.34<br><br>1,552.34 |

LFORM2T4

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-61275 -SQU | Trustee Name: | GINA B. KROL | Exhibit 9 |
| Case Name: | PURCELL, JASON P | Bank Name: | BANK OF AMERICA, N.A. | |
| | PURCELL, PAULA J | Account Number / CD #: | *******4626  BofA - Checking Account | |
| Taxpayer ID No: | *******5984 | | | |
| For Period Ending: | 09/08/09 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | Interest        649.33 | 7990-000 | | | 1,552.34 |
| C | 04/06/09 | 003007 | Jason & Paula Purcell 1334 W. Elmdale Ave. Chicago, IL 60660 | Surplus | 8200-002 | | 1,552.34 | 0.00 |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account   *******4626 | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $        0.00 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 21,994.62 |
| | Total | $    21,994.62 |

| | | |
|---|---|---|
| 7 | Checks | 21,994.62 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $    21,994.62 |

Memo Allocation Receipts:           0.00
Memo Allocation Disbursements:       0.00

Memo Allocation Net:                 0.00

| Report Totals | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 1 | Deposits | 21,675.07 |
| 24 | Interest Postings | 357.08 |
| | Subtotal | $    22,032.15 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 21,994.62 |
| | Total | $    44,026.77 |

| | | |
|---|---|---|
| 15 | Checks | 22,032.15 |
| 0 | Adjustments Out | 0.00 |
| 1 | Transfers Out | 21,994.62 |
| | Total | $    44,026.77 |
| | Net Total Balance | $        0.00 |

Total Allocation Receipts:          24,900.00
Total Allocation Disbursements:      3,224.93

Total Memo Allocation Net:          21,675.07

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 09/08/09
                      GINA B. KROL

UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

LFORM2T4

Ver: 14.31c